**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PAMELA D. GIDDINGS,

    Plaintiff,

v.                                                                                 No. CV 18-891 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social
Security Administration,

    Defendant.

## **ORDER SETTING BRIEFING SCHEDULE**

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that**:**

(1)    Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **February 11, 2019;**

(2)    Defendant shall file a Response on or before **April 12, 2019;**

(3)    Plaintiff may file a Reply on or before **April 26, 2019;**

(4)    All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE