# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PAMELA D. GIDDINGS,

    Plaintiff,

v.                                          CV No. 18-891 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Second Unopposed Motion to Extend Briefing Deadlines*, (Doc. 17), filed March 11, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **March 25, 2019**;

2. Defendant shall file a Response on or before **May 24, 2019**; and

3. Plaintiff may file a Reply on or before **June 7, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE