IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAMELA D. GIDDINGS,

    Plaintiff,

v.                                                                                           No. CV 18-891 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO REVERSE AND REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Remand for Further Proceedings*, (Doc. 21), filed May 23, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE